# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-00825-SEG
### Doe v. Truong
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Chambers on 05/03/2022.

TIME COURT COMMENCED: 11:15 A.M.
TIME COURT CONCLUDED: 11:25 A.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 00:10                                    DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Ryan Isenberg representing Jane Doe<br>Gregory Zarzaur representing Jane Doe<br>Giam Muu Truong appearing Pro Se |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court held a telephone conference with the parties. Having no objection from the defendant, the Court announced its intent to grant the plaintiff's motion for leave to proceed anonymously [Doc. 3]. Order to follow. The Court addressed the plaintiff's request for direction regarding the potential production of child sexual abuse material ("CSAM") during discovery [Doc. 10-10] and directed the plaintiff to file a motion regarding that issue within 10 days. The plaintiff raised the issue of possible mediation before a Magistrate Judge. The defendant did not object. Order referring the parties to mediation to follow. |
| HEARING STATUS: | Hearing Concluded |